UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI,<br><br>            Plaintiff,<br><br>     v.<br><br>HUDSON INSURANCE COMPANY, *et al.*,<br><br>            Defendants. | No. 1:16-cv-01743-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 2 and 4) |

On November 17, 2016, plaintiff Hussein Ali initiated this action by filing a civil complaint, as well as a motion to proceed *in forma pauperis*. (Doc. Nos. 1 and 2.) On December 12, 2016, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied based upon the determination that plaintiff's complaint in this action was "not filed in good faith and has been filed to delay proceedings and harass the Defendants." (Doc. No. 4 at 3.) The findings and recommendations were served on plaintiff with instructions that any objections thereto were be filed within fourteen days of service of the findings and recommendations. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1) The findings and recommendations dated December 12, 2016 (Doc. No. 4) are adopted in full;

2) The motion to proceed *in forma pauperis* filed by the plaintiff on November 17, 2016 (Doc. No. 2) is denied;

3) Plaintiff shall pay the filing fee of $400 within thirty (30) days of the entry of this order in order to proceed with this action; and

4) Any failure on plaintiff's part to comply with this order by paying the required filing fee will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  **January 5, 2017**

UNITED STATES DISTRICT JUDGE

2