UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI,<br><br>    Plaintiff,<br><br>    v.<br><br>HUDSON INSURANCE COMPANY; AMERICAN SAFETY CASUALTY INSURANCE COMPANY; AEGIS SECURITY INSURANCE COMPANY; and PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>    Defendants. | No. 1:16-cv-01743-DAD-EPG<br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE<br><br>(Doc. Nos. 2, 4 and 7) |

Plaintiff Hussein Ali, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") on November 17, 2016. (Doc. No. 2.) On December 12, 2016, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending plaintiff's applications to proceed *in forma pauperis* be denied and that plaintiff be required to pay the $400 filing fee in full to proceed with this action. (Doc. No. 4.) On January 5, 2017, the court entered an order adopting those findings and recommendations in full. (Doc. No. 6.) The order denied plaintiff's motion to proceed *in forma pauperis*, and gave plaintiff thirty days to pay the required $400 filing fee. (*Id.* at 2.) That order also specifically warned plaintiff that "[f]ailure on plaintiff's part to comply with this order by paying the required filing fee will result in the dismissal of this action." (*Id.*) The thirty day period has expired, and plaintiff has failed to pay the required $400 filing fee.

1    Moreover, on March 3, 2017, Magistrate Judge Erica P. Grosjean entered findings and
2 recommendations, recommending that this action be dismissed without prejudice due to
3 "[p]laintiff's failure to pay the required filing fee and comply with the [c]ourt's order of January
4 5, 2017." (Doc. No. 7 at 2.) Those findings and recommendations were served on plaintiff that
5 same day and contained notice that any objections thereto were to be filed within fourteen days.
6 (Id.) Plaintiff has not filed any objections to the findings and recommendations as of the date of
7 this order.
8    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
9 *de novo* review of this case. Having carefully reviewed the entire file, the court finds the March
10 3, 2017 findings and recommendations to be supported by the record and by proper analysis.
11    Accordingly,
12    1. The findings and recommendations, filed March 3, 2017 (Doc. No. 7), are adopted in full;
13    2. This action is dismissed without prejudice due to plaintiff's failure to pay the required
14       filing fee and failure to comply with the court's orders; and
15    3. The Clerk is directed to close this case.
16 IT IS SO ORDERED.
17    Dated:  **March 24, 2017**                              _____
18                                                            UNITED STATES DISTRICT JUDGE

2